IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TAMMI HICKS, et al.,

          Plaintiffs,

v.                                      CIVIL ACTION NO.   2:15-cv-08450

1st SGT. M.L. OGLESBY, II, et al.,

          Defendants.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this day, the Court **GRANTS** Defendants' Motion for Summary Judgment, (ECF No. 28), and **DISMISSES** the Complaint with prejudice.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:      December 28, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE